FILED
MAY 11 2006
U.S. COURT OF FEDERAL CLAIMS

06-382 C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ANNETTE BUEHLER, an individual,

Plaintiff,

v.

JOHN E. POTTER, Postmaster General, United States Postal Service, a governmental entity,

Defendant.

NO. CV-04-488-RHW

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

Before the Court is the parties' Stipulated Motion to Dismiss Certain Causes of Action and Transfer Case to the Court of Federal Claims Pursuant to 28 U.S.C. § 1631 (Ct. Rec. 20). The parties have agreed that Plaintiff will voluntarily dismiss the following causes of action: gender discrimination, hostile work environment, retaliation, disability discrimination, and intentional and negligent infliction of emotional distress. Further, the parties agree that the remaining causes of action, all based on a breach of a settlement agreement, should be transferred by this Court to the Court of Federal Claims pursuant to the Tucker Act, 28 U.S.C. § 1491, and to 28 U.S.C. §§ 1346(a)(2) and 1631.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties Stipulated Motion to Dismiss Certain Causes of Action and Transfer Case to the Court of Federal Claims Pursuant to 28 U.S.C. § 1631 (Ct. Rec. 20) is **GRANTED.**

2. This matter is hereby **TRANSFERRED** pursuant to 28 U.S.C. § 1631 to



22

the Court of Federal Claims.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel. The District Court Executive is further directed to forward this file with a copy of this Order to the Clerk of the United States Court of Federal Claims and close the file in this district.

**DATED** this 30th day of March, 2006.

s/ Robert H. Whaley

ROBERT H. WHALEY
Chief United States District Judge

ATTEST A True Copy
JAMES R. LARSEN, CLERK
United States District Court
Eastern District of Washington
By
Deputy Clerk

Q:\CIVIL\2004\Buehler\dismiss.ord.wpd

## Orders on Motions

2:04-cv-00488-RHW Buehler v. Potter

**Eastern District of Washington**

**U.S. District Court**

Notice of Electronic Filing

The following transaction was received from VR, Case Administrator entered on 3/31/2006 at 8:35 AM PST and filed on 3/30/2006

**Case Name:** Buehler v. Potter
**Case Number:** 2:04-cv-488
**Filer:**
**WARNING: CASE CLOSED on 03/30/2006**
**Document Number:** 22

**Docket Text:**
ORDER GRANTING STIPULATED MOTION TO DISMISS Accordingly, **IT IS HEREBY ORDERED** The parties Stipulated Motion to Dismiss Certain Casuses of Action and Transfer Case to the Court of Federal Claims is **GRANTED**. [14] [20] This matter is hereby **TRANSFERRRED** to the Court of Federal Claims.Signed by Judge Robert H. Whaley. (VR, Case Administrator)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069357611 [Date=3/31/2006] [FileNumber=524077-0] [313cb80a59cda6cfbb4199cfa30e8451ca87fdc8dddb8e69b623b11cc6c72dcd1bda 7a612b1d731e82c58d9a5bb8b61b327c8c56e8806c848936f1fbdf14aa9d]]

**2:04-cv-488 Notice will be electronically mailed to:**

Crystal B Spielman cs@cweaverlaw.com, cw@cweaverlaw.com

Christine Marie Weaver cw@cweaverlaw.com

Frank A Wilson USAWAE.FWilsonECF@usdoj.gov, jeanne.mccarty@usdoj.gov; kathy.devlin@usdoj.gov

**2:04-cv-488 Notice will be delivered by other means to:**