CLOSED, LC01, NO-CONSENT

FILED
MAY 11 2006
U.S. COURT OF FEDERAL CLAIMS

06-382 C

**Eastern District of Washington**
**U.S. District Court (Spokane)**
**CIVIL DOCKET FOR CASE #: 2:04-cv-00488-RHW**

Buehler v. Potter
Assigned to: Chief Judge Robert H. Whaley
Cause: 42:2000 Job Discrimination (Sex)

Date Filed: 12/27/2004
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Annette Buehler**
*an individual*

represented by **Christine Marie Weaver**
Christine Weaver Law Office
9011 East Valleyway
Spokane Valley, WA 99212
509-924-5181
Fax: 15099243403
Email: cw@cweaverlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Crystal B Spielman**
Christine Weaver Law Office
9011 East Valleyway
Spokane Valley, WA 99212
509-924-5181
Email: cs@cweaverlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

ATTEST & True Copy
JAMES R. LARSEN, CLERK
United States District Court
Eastern District of Washington
By [signature]
Deputy Clerk

V.

**Defendant**

**John E Potter**
*Postmaster General, United States Postal Service, a governmental entity*

represented by **Frank A Wilson**
U S Attorney's Office - SPO
920 W Riverside Suite 300
P O Box 1494
Spokane, WA 99210-1494

509-353-2767
Fax: 4623866
Email:
USAWAE.FWilsonECF@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2006 | 22 | ORDER GRANTING STIPULATED MOTION TO DISMISS Accordingly, **IT IS HEREBY ORDERED** The parties Stipulated Motion to Dismiss Certain Casuses of Action and Transfer Case to the Court of Federal Claims is **GRANTED**. 14 20 This matter is hereby **TRANSFERRED** to the Court of Federal Claims.Signed by Judge Robert H. Whaley. (VR, Case Administrator) (Entered: 03/31/2006) |
| 03/30/2006 | 21 | NOTICE of Hearing on Motion re 20 Stipulated MOTION to Dismiss *Certain Causes of Action and Transfer Case to Court of Federal Claims*: Motion Hearing set for 4/24/2006 at 06:30 PM Without Oral Argument for 20, before Chief Judge Robert H. Whaley (Weaver, Christine) (Entered: 03/30/2006) |
| 03/29/2006 | 20 | Stipulated MOTION to Dismiss *Certain Causes of Action and Transfer Case to Court of Federal Claims* by Annette Buehler. (Attachments: # 1 Text of Proposed Order)(Weaver, Christine) (Entered: 03/29/2006) |
| 03/09/2006 | 19 | ORDER GRANTING MOTION TO EXTEND TIME granting 18 Motion for Extension of Time to File Response/Reply . Signed by Judge Robert H. Whaley. (VR, Case Administrator) (Entered: 03/09/2006) |
| 03/07/2006 | 18 | Stipulated MOTION for Extension of Time to File Response/Reply as to 14 MOTION to Dismiss *Pursuant to Rule 12(b)(1) and 12(b)(6) or, in the alternative, for Summary Judgment* by Annette Buehler. (Weaver, Christine) (Entered: 03/07/2006) |
| 02/24/2006 | 17 | STATEMENT OF FACTS re 14 MOTION to Dismiss *Pursuant to Rule 12(b)(1) and 12(b)(6) or, in the alternative, for Summary Judgment* filed by John E Potter. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8)(Wilson, Frank) (Entered: 02/24/2006) |

| | | |
|---|---|---|
| 02/24/2006 | 16 | NOTICE of Hearing on Motion Oral Argument Requested re 14 MOTION to Dismiss *Pursuant to Rule 12(b)(1) and 12(b)(6) or, in the alternative, for Summary Judgment*: Motion Hearing set for 4/21/2006 at 10:30 AM Spokane for 14, before Chief Judge Robert H. Whaley (Wilson, Frank) (Entered: 02/24/2006) |
| 02/24/2006 | 15 | MEMORANDUM re 14 MOTION to Dismiss *Pursuant to Rule 12(b)(1) and 12(b)(6) or, in the alternative, for Summary Judgment* by John E Potter. (Wilson, Frank) (Entered: 02/24/2006) |
| 02/24/2006 | 14 | MOTION to Dismiss *Pursuant to Rule 12(b)(1) and 12(b)(6) or, in the alternative, for Summary Judgment* by John E Potter. (Wilson, Frank) (Entered: 02/24/2006) |
| 01/03/2006 | 13 | ORDER CONTINUING TRIAL DATE Granting 11 Stipulated MOTION Continuing Trial date. Jury Trial reset for **1/8/2007 09:00 AM in Spokane** before Chief Judge Robert H. Whaley. Telephonic Pretrial Conference reset for **12/18/2006 09:30 AM in Telephonic Argument** before Chief Judge Robert H. Whaley. Signed by Judge Robert H. Whaley. (SAP, Case Administrator) (Entered: 01/03/2006) |
| 12/23/2005 | 12 | NOTICE of Hearing on Motion re 11 Stipulated MOTION to Continue *Trial Date*: Motion Hearing set for 1/20/2006 at 06:30 PM Without Oral Argument for 11, before Chief Judge Robert H. Whaley (Weaver, Christine) (Entered: 12/23/2005) |
| 12/23/2005 | 11 | Stipulated MOTION to Continue *Trial Date* by Annette Buehler. (Weaver, Christine) (Entered: 12/23/2005) |
| 08/29/2005 | 10 | AMENDED SCHEDULING ORDER: Telephonic Pretrial Conference set for 5/25/2006 09:00 AM in Telephonic Argument before Chief Judge Robert H. Whaley. Jury Trial set for 6/12/2006 09:00 AM in Spokane before Chief Judge Robert H. Whaley.. Signed by Judge Robert H. Whaley. (VR, Case Administrator) (Entered: 08/29/2005) |
| 08/02/2005 | 9 | SCHEDULING ORDER: Telephonic Pretrial Conference set for 5/25/2006 09:00 AM in Telephonic Argument before Chief Judge Robert H. Whaley. Bench Trial set for 6/12/2006 09:00 AM in Spokane before Chief Judge Robert H. Whaley.. Signed by Judge Robert H. Whaley. (VR, Case Administrator) (Entered: 08/02/2005) |

Case 1:06-cv-00382-LB Document 1-3 Filed 05/11/2006 Page 4 of 4

| | | |
|---|---|---|
| 07/15/2005 | 8 | Minute Entry for TELEPHONIC proceedings held before Judge Robert H. Whaley : Scheduling Conference held on 7/15/2005. (Reported/Recorded by: Debra Clark) (MF, Courtroom Deputy) (Entered: 07/15/2005) |
| 07/08/2005 | 7 | LR 26.1 / LR 16.1 Attorney Report by Annette Buehler. (Weaver, Christine) (Entered: 07/08/2005) |
| 05/31/2005 | 6 | SCHEDULING CONFERENCE NOTICE : Telephonic Scheduling Conference set for 7/15/2005 at 11:00 AM in Telephonic Argument before Judge Robert H. Whaley. (MF, Courtroom Deputy) (Entered: 05/31/2005) |
| 05/20/2005 | 5 | ANSWER to Complaint by John E Potter.(Wilson, Frank) (Entered: 05/20/2005) |
| 03/29/2005 | 4 | AFFIDAVIT of Service for Summons and Complaint served on Carissa Young, local U.S. Attorney Generals Office and the Office of the Attorney General of the United States, filed by Annette Buehler. (Weaver, Christine) (Entered: 03/29/2005) |
| 03/09/2005 | 3 | AFFIDAVIT of Service for Summons and Complaint served on Sandra Broadus, filed by John E Potter. (VR, Case Administrator) (Entered: 03/09/2005) |
| 01/24/2005 | 2 | NOTICE of Appearance by Crystal B Spielman on behalf of Annette Buehler (LE, Case Administrator) (Entered: 01/25/2005) |
| 12/27/2004 | 1 | COMPLAINT FOR DAMAGES against John E Potter ( Filing fee $ 150; Receipt # 60230). Summons issued. Filed by Annette Buehler. (Attachments: # 1 Civil Cover Sheet)(VR, Case Administrator) (Entered: 12/27/2004) |