ORIGINAL

FILED
AUG 1 2006
U.S. COURT OF FEDERAL CLAIMS

CHRISTINE M. WEAVER
Law Office of Christine M. Weaver, P.S.
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
(509) 924-5181

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
* * *

ANNETTE BUEHLER,

v. NO. 06-382 C

THE UNITED STATES Judge Lawrence J. Block

MOTION FOR LEAVE TO FILE COMPLAINT
* * *

COMES NOW Plaintiff, Annette Buehler, by and through her attorney, Christine M. Weaver , of the Law Office of Christine M. Weaver, P.S., and moves the Court for an order granting leave to file the Complaint in this matter beyond the 28 day filing requirement.

At the time this matter was transferred to the Court of Federal Claims Plaintiff's counsel, Christine M. Weaver, was not admitted to practice in this court. Plaintiff's counsel was in the process of gaining admission to practice in the United States Supreme Court in another matter and as this court is aware, one of the requirements for admission to this court was a Certificate of Good Standing in the U.S. Supreme Court or the highest court of counsel's state. Since Plaintiff's counsel had already applied for admission to practice in the U.S. Supreme Court, she had to wait for the admission credentials from that court since that is the highest court in which she is admitted to practice. Admission to that Court as well as this court has since been granted without any difficulties. Plaintiff and her counsel are now fully prepared to prosecute this matter.

DATED: July 26, 2006.

LAW OFFICE OF CHRISTINE M. WEAVER, P.S.

By: ______________________
CHRISTINE M. WEAVER
Attorney for Plaintiff

X:\04-1009\PLDG\COURT OF FEDERAL CLAIMS\LEAVE-TO-FILE-MOT.WPD



LAW OFFICE OF CHRISTINE M.WEAVER, P.S.
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
TEL: (509) 924-5181 FAX: (509) 924-3403