# The United States Court of Federal Claims

August 8, 2006
**No: 06-382 C**

**ANNETTE BUEHLER,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**SCHEDULING ORDER**

On August 1, 2006, plaintiff filed a motion for leave to file its complaint beyond the 28 day filing requirement. The matter was recently transferred to this court from U.S. District Court in Washington and plaintiff indicated that the delay in filing its complaint was due to the fact that plaintiff's counsel was not yet admitted to practice before this court. Since plaintiff's counsel is now admitted to practice before this court, plaintiff now requests leave to file its complaint. Accordingly, plaintiff's motion is **GRANTED**. Plaintiff shall file its complaint no later than **August 24, 2006**.

s/ Lawrence J. Block
**Lawrence J. Block**
**Judge**