**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Annette Buehler

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Christine M. Weaver
Firm Name: Law Office of Christine M. Weaver, P.S.
Post Office Box:
Street Address: 9011 E. Valleyway Ave.
City-State-Zip: Spokane Valley, WA 99212
Telephone & Facsimile Numbers: 509-924-5181

Is the attorney of record admitted to the Court of Federal Claims Bar? xX Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? xX Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 3 4
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.
This is a breach of contract case involving a a postal worker. The Postal Service breached the workers employment contract.

Agency Identification Code: P S ☐
See attached sheet for three-digit codes.

Amount Claimed: $ In excess of $10,000.00
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes XX No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ ________
Is plaintiff a small business? ☐ Yes xX No

Vaccine Case:
Date of Vaccination: N/A

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes XX No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.