IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANNETTE BUEHLER, Plaintiff, | ) | |
| v. | ) | No. 06-382 (Judge Block) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 50-day enlargement of time, through and including November 29, 2006, within which to file its response to the complaint. Our response is currently due on October 10, 2006. This is defendant's first request for an enlargement of time for this purpose. The undersigned has contacted counsel for plaintiff, who has not yet responded with Ms. Buehler’s position.

The enlargement is requested because the undersigned counsel of record for defendant has not received a complete litigation report from the interested agency, the United States Postal Service (“USPS”), as required by 28 U.S.C. § 520. On October 4, 2006, agency counsel provided a partial litigation report and stated that USPS still possesses more documents that it must provide to us and those documents will be provided to the undersigned as soon as possible. The additional time is necessary to allow sufficient time for agency counsel to complete

the litigation report and for counsel to review the litigation report, with all the necessary attachments, and prepare the Government's response to the complaint.

For these reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ Claudia Burke
CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-9063
fax: (202) 307-0972

October 6, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 6th day of October, 2006, a copy of the foregoing notice of appearance, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. I have also placed this “Notice of Appearance” in the mail (first class, postage prepaid) addressed to:

Christine M. Weaver
Law Office of Christine M. Weaver, P.S.
9011 E. Valleyway Ave.
Spokane Valley, WA 99212

s/ Claudia Burke