CHRISTINE M. WEAVER
Law Office of Christine M. Weaver, P.S.
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
(509) 924-5181

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

* * *

ANNETTE BUEHLER,

v. NO. 06-382 C

THE UNITED STATES Judge Lawrence J. Block

* * *

# AMENDED COMPLAINT FOR DAMAGES

* * *

COMES NOW Plaintiff by and through her attorney of record, Christine M. Weaver of the Law Office of Christine M. Weaver, P.S., and for complaint damages:

## I. PARTIES

1.1 Plaintiff is and was at all times material to this action a resident of Spokane County, State of Washington.

1.2 Defendant is and was at all times material to this action a governmental entity doing business in Spokane County, State of Washington.

## II. JURISDICTION AND VENUE

2.1 All acts and omissions alleged herein occurred in Spokane County, State of Washington. The parties are subject to the jurisdiction of this Court and venue is properly placed in the United States District Court for the Eastern District of Washington.

2.2 This Court has subject matter jurisdiction pursuant to 29 CFR § 1614.407(d), Title VII of the Civil Rights Act of 1964, and supplemental jurisdiction for the related claims arising from violation of state statutory and common law under 28 U.S.C. § 1367.



**LAW OFFICE OF CHRISTINE M.WEAVER, P.S.**
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
TEL: (509) 924-5181 FAX: (509) 924-3403

## III. STATEMENT OF FACTS

3.1 All acts by Defendant United States Postal Service's ("USPS") Spokane Processing and Distribution Center ("Center") managers, supervisors, board members and employees of Defendant were committed in the course and scope of employment.

3.2 Plaintiff was originally hired by Defendant in 1985.

3.3 Plaintiff has continuously worked for Defendant in positions such as Distribution Clerk, Revenue Protection Clerk, and Mail Processing Clerk since 1985.

3.4 From 2001 through August 2003, Plaintiff was paid significantly less than her similarly situated male counterparts for performing the same job duties.

3.5 Plaintiff was treated disparately because of her gender since similarly situated male counterparts were not subjected to the same treatment from the Defendant's supervisors.

3.6 On numerous occasions, Plaintiff's supervisors at the Center shouted at her, addressed her in an extremely rude and intimidating manner, removed equipment from her desk that was essential to the performance of her job duties and gave this equipment to a male employee, and subjected Plaintiff to other similar misconduct because of her gender. Also, Plaintiff's supervisors instructed her to violate USPS regulations and procedures and threatened her with disciplinary action if she failed to comply.

3.7 Moreover, Plaintiff's supervisors at the Center informed her that her position as Revenue Protection Clerk was being dissolved then, after she was removed, the position was given to a male employee. Also, Plaintiff was denied numerous promotions and other opportunities because she is female.

3.8 Plaintiff filed a formal complaint for gender discrimination with the Equal Employment Opportunity Commission ("EEOC") on June 20, 2001.

3.9 On August 19, 2003, Plaintiff entered into a Settlement Agreement ("Agreement") with Defendant attempting to resolve her EEOC claims.

3.10 The Agreement required Defendant to provide Plaintiff with a position approved by her medical care providers.



**LAW OFFICE OF CHRISTINE M.WEAVER, P.S.**
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
TEL: (509) 924-5181 FAX: (509) 924-3403

3.11 The Agreement further stated that Defendant would pay Plaintiff, as a lump sum, any leave without pay taken as a result of Defendant's EEOC complaint, and that Defendant would reimburse Plaintiff for all out-of-pocket medical expenses as a result of the EEOC complaint within thirty (30) days of executing the Agreement.

3.12 However, Plaintiff did not receive reimbursement for out-of-pocket medical expenses until or about January 30, 2004, five and a half months after the settlement.

3.13 Consistent with the Agreement's mandate, Plaintiff supplied Defendant with documentation indicating her physical and emotional limitations and Defendant provided Plaintiff with a position approved by her medical care providers but only until January 7, 2004, after which time Plaintiff was ordered to return to the Center.

3.14 Upon learning that she was going to be returned to the Center, Plaintiff submitted additional medical documentation regarding her limitations.

3.15 Despite this documentation, Defendant refused to provide Plaintiff with a position approved by her medical care providers.

3.16 As a result of Defendant's conduct, Plaintiff has been diagnosed with post-traumatic stress and anxiety disorders.

3.17 Defendant was notified of Plaintiff's diagnosed disorders, as well as her doctor's recommendations that she be placed in a limited or light duty position to accommodate her disorders.

3.18 Defendant failed to include night differential pay into Plaintiff's lump sum payment, which she was entitled to under the Agreement.

3.19 Plaintiff appealed to the EEOC for breach of the Agreement on or about January 21, 2004.

3.20 It has been more than 180 days since Plaintiff filed the appeal with the EEOC for Defendant's violations and the EEOC has failed to issue a decision. Therefore, Plaintiff is entitled to file a civil action pursuant to 29 CFR § 1614.407(d).



**LAW OFFICE OF CHRISTINE M.WEAVER, P.S.**
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
TEL: (509) 924-5181 FAX: (509) 924-3403

## IV. CAUSES OF ACTION

A. Fraud

4.1 On August 14, 2003, Defendant, with intent to defraud Plaintiff, represented to Plaintiff that, for a permanent duration, she would be assigned a job that would comport with the advice of her medical care providers.

4.2 This representation was false and known to be false by Defendant at the time it was made.

4.3 In fact, Defendant intended for the job change to be only temporary.

4.4 Plaintiff was ignorant of the falsity of the representation, and believed it to be true.

4.5 Plaintiff relied on the representation, and was induced into executing the Agreement in an effort to never again be subjected to the misconduct she had faced at the Center.

4.6 Defendant made the representation for the purpose of inducing Plaintiff into executing the Agreement so that she would drop all outstanding claims against Defendant.

4.7 As a result of Defendant's conduct, Plaintiff has suffered damages in that she is now on leave without pay, because Defendant is requiring her to return to the Center against the advice of her medical care providers.

4.8 Therefore, the Agreement should be ruled invalid by the Court because of Defendant's fraud.

B. Breach of Contract

4.9 Should the Court find that the Agreement between Plaintiff and Defendant was not invalid based on fraud, then Defendant breached various provisions of the Agreement.

4.10 On or about January 7, 2004, Defendant has failed to provide Plaintiff with a position approved by her medical care providers in violation of the Agreement.

4.11 Also, Defendant breached the Agreement by failing to compensate Plaintiff for night differential pay in Plaintiff's lump sum payment. Plaintiff was entitled to night differential because that was part of her ordinary compensation.

4.12 Defendant breached the Agreement by failing to reimburse Plaintiff for out-of-pocket



LAW OFFICE OF CHRISTINE M.WEAVER, P.S.
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
TEL: (509) 924-5181 FAX: (509) 924-3403

medical expenses within thirty (30) days of execution of the Agreement as required by the Agreement.

C. Specific Performance

4.13 Plaintiff executed the Agreement and submitted all necessary medical documentation to enable Defendant to comply with the Agreement.

4.14 Therefore, if the Agreement is valid, then Plaintiff is entitled to specific performance of the Agreement by order of the Court.

D. Bad Faith

4.15 Under the laws of Washington, Defendant has a duty to execute an agreement in good faith.

4.16 Defendant failed to act in good faith in executing the Agreement. Furthermore, Defendant has breached the Agreement.

## V. DAMAGES

5.1 As a direct and proximate result of the gender discrimination, hostile work environment, retaliation, disability discrimination and intentional and negligent infliction of emotional distress, Plaintiff has suffered and will continue to suffer economic, physical, and emotional damages with specific amounts to be proven at the time of trial.

5.2 In the alternative to the Court ordering specific performance of the Agreement, Defendant's wrongful breach of the Agreement has caused Plaintiff economic, physical, and emotional damages with specific amounts to be proven at the time of trial.

## VI. JURY DEMAND

Plaintiff hereby demands that this case be tried to a jury.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks the following relief and prays that she be awarded:

1. Actual damages as defined by federal and Washington discrimination laws;
2. Punitive damages for violations of discrimination laws;
3. Court order that the Agreement is void based on fraud;



**LAW OFFICE OF CHRISTINE M.WEAVER, P.S.**
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
TEL: (509) 924-5181 FAX: (509) 924-3403

4. Court order that Defendant comply with the various provisions of the Agreement it has breached;

5. In the alternative, award Plaintiff damages for Defendant's wrongful breach of Agreement;

6. Costs of litigation and reasonable attorneys fees;

7. Interest calculated at the maximum amount allowable by law;

8. Compensation for adverse income tax consequences;

9. Leave to amend Plaintiff's Complaint for Damages.

10. Leave to identify any other defendant who may become known through lawful methods of discovery;

11. For such further and additional relief as the Court deems equitable, appropriate or just.

DATED: November 28, 2006.

LAW OFFICE OF CHRISTINE M. WEAVER, P.S.

By: s/ Christine M. Weaver
CHRISTINE M. WEAVER, WSBA # 20845
Attorneys for Plaintiffs



**LAW OFFICE OF CHRISTINE M.WEAVER, P.S.**
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
TEL: (509) 924-5181 FAX: (509) 924-3403

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following, and/or I caused to be served a true and correct copy of the foregoing on the following in the manner indicated below:

| | |
|---|---|
| Claudia Burke<br>Department of Justice<br>Civil Division<br>1100 L St. N.W. Room 11058<br>Washington, D.C. 20530 | XX Electronically<br>___ U.S. Mail<br>___ Overnight Mail<br>___ Hand Delivery<br>___ Facsimile |

s/ Christine M. Weaver
CHRISTINE M. WEAVER

X:\04-1009\Pldg\Court of Federal Claims\COMPLAINT-AMEND.wpd



**LAW OFFICE OF CHRISTINE M.WEAVER, P.S.**
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
TEL: (509) 924-5181 FAX: (509) 924-3403