**NO. 06-382C (Judge Block)**

---

**IN THE UNITED STATES COURT OF THE FEDERAL CLAIMS**

---

**ANNETTE BUEHLER,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

# DEFENDANT'S MOTION TO DISMISS

---

**PETER D. KEISLER**
**Assistant Attorney General**

**DAVID M. COHEN**
**Director**

**TODD M. HUGHES**
**Assistant Director**

**CLAUDIA BURKE**
**Trial Attorney**
**Commercial Litigation Branch**
**Civil Division**
**Department of Justice**
**Attn: Classification Unit,**
**8th Floor**
**1100 L St., N.W.**
**Washington, D.C. 20530**
**Tel: (202) 353-9063**
**Fax: (202) 514-7965**

**November 29, 2006** **Attorneys for Defendant**

## TABLE OF CONTENTS

DEFENDANT'S MOTION TO DISMISS. . . . . . . . . . . . 1

DEFENDANT'S BRIEF. . . . . . . . . . . . 1

STATEMENT OF THE ISSUES.. . . . . . . . . . . . 1

STATEMENT OF THE CASE. . . . . . . . . . . . 2

I. Nature Of The Case. . . . . . . . . . . . 2

II. Statement Of Facts.. . . . . . . . . . . 2

SUMMARY OF ARGUMENT. . . . . . . . . . . . 4

ARGUMENT.. . . . . . . . . . . . 4

I. Legal Standards Pursuant To RCFC 12(b)(1). . . . . . . . . . . . 4

II. This Court Lacks Jurisdiction To Entertain Ms. Buehler's Tort And Discrimination Claims . . . . . . . . . . . . 5

III. This Court Does Not Possess Jurisdiction Over Claims For Breach Of A Title VII Settlement Agreement Unless The Claim Is A Pure Contract Claim For Presently Due Money Damages That Neither Seeks Any Equitable Relief Nor Requires An Interpretation Of Title VII.. . . . . . . . . . . . 7

CONCLUSION. . . . . . . . . . . . 14

## TABLE OF AUTHORITIES

**CASES:** **PAGES:**

Booth v. United States,
990 F.2d 617 (Fed. Cir. 1993). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Bradley v. Chiron Corp.,
136 F.3d 1317 (Fed. Cir. 1998). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Brown v. General Servs. Admin.,
425 U.S. 820 (1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Christianson v. Colt Industries Operating Corp.,
486 U.S. 800 (1988).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Fausto v. United States,
16 Cl. Ct. 750 (1989). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

First Hartford Corp. v. United States,
194 F.3d 1279 (Fed. Cir. 1999). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Frahm v. United States,
No. 4:02CV00089, 2005 WL 1528421 *3
(W.D. Va. June 23, 2005). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Franchise Tax Bd. v. Constr. Laborers Vacation Trust,
463 U.S. 1 (1983).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Griswold v. United States,
61 Fed. Cl. 458 (2004). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

Hansson v. Norton,
411 F.3d 231 (D.C. Cir. 2005). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 13

Hoch v. United States,
31 Fed. Cl. 111 (1994). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Holley v. United States,
124 F.3d 1462 (Fed. Cir. 1997). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Kokkonen v. Guardian Life Ins. Co. of Am.,
511 U.S. 375 (1994).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 9

Lee v. United States,
33 Fed. Cl. 374 (1995). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

Marlin v. United States,
63 Fed. Cl. 475 (2005). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Mitchell v. United States,

44 Fed. Cl. 437 (1999). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Morley v. Potter,
No. C-04-5211FDB, 2005 WL 2406161 *4
(W.D. Wash. Sept. 29, 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Morris v. United States,
33 Fed. Cl. 733 (1995). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

New York Life Ins. Co. v. United States,
118 F. 3d 1553 (Fed. Cir. 1997).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Pines Residential Treatment Ctr. v. United States,
64 Fed. Cl. 307 (2005). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Schnelle v. United States,
69 Fed. Cl. 463 (2006). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

Shearin v. United States,
992 F.2d 1195 (Fed. Cir. 1993). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Taylor v. United States,
54 Fed. Cl. 423 (2002). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

United States v. King,
395 U.S. 1 (1969).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

United States v. Newport News Shipbuilding & Dry Dock Co.,
933 F.2d 996 (Fed. Cir. 1991). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

United States v. Testan,
424 U.S. 392 (1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 11

Westover v. United States,
72 Fed. Cl. 635 (2006). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Wilson v. United States,
58 Fed. Cl. 760 (2003),
aff'd, 405 F.3d 1002 (Fed. Cir. 2005).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Wilson v. United States,
405 F.3d 1002 (Fed. Cir. 2005). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

**STATUTES:**

28 U.S.C. § 1491. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 7, 11

42 U.S.C. §§ 2000e-5, e-16. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

**REGULATIONS:**

29 C.F.R. § 1614.504. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 12