UNITED STATES POSTAL SERVICE

# Pay, Leave, or Other Hours Adjustment Request

**Salary Advance Adjustment Information**

| Issuing Finance No. | Year | PP | Week | Cause Code ** | Amount of Advance | Cash. Check No. or Money Order No. |
|---|---|---|---|---|---|---|
| | | | | | $ | |

** 1 - Salary Check Not Received.
2 - Salary Check Substantially Less than Net Amount Due.

I hereby certify that I have received a salary advance of the above amount. I authorize the USPS to recover this amount in the calculation of the salary check that reflects the appropriate adjustment, or subsequent salary checks, as required, to satisfy this debt.

Employee Signature and Date:

To:

Processed by

| Year | PP |
|---|---|
| | |

| ADJ Code | Reason Code |
|---|---|
| | |

| Employee's Name | D/A | RSC | Level | Finance No. | Social Security No. | Yr. | PP | Wk. |
|---|---|---|---|---|---|---|---|---|
| Buehler, Annette L. | 11 0 | P | 05 | 548054 | 539808354 | 3 | 18 | 1 |

Card Type

1230 Only
Work or Leave Hours ___ 0

1230-C Only
New Employee or Replacement Card ___ 1

Higher Level ___ 2

Card Type Must Be Entered at Right and Must Match the Original Record Paid.

57 Holiday Work -; 58 Holiday Leave +; 59 Part Day LWOP +; 60 Full Day LWOP +; 61 Court Leave +; 62 Guar. Time +; Card Type: 0; 52 Work Hours +

43 Penalty Overtime -; 65 Meeting Time; 66 Convention Leave +; 67 Military Leave +; 68 Guar. O.T.; 53 Overtime

69 Blood Donor Leave +; 70 Stewards Duty Time; 71 Cont. of Pay; 49 LWOP on OWCP +; 73 Out of Schedule; 72 Sunday Prem. Hrs.; 54 Night Work

74 Christmas Work; 76 Non. Sched. XFT Hr. +; CARD TYPE; 55 Annual Leave +

98 HL Cont. Code; 90 RSC; 91 LEVEL; 93 HL LD; 95 Dual D/A; 56 Sick Leave +

Remarks EEOC 380-2003-08154
Please pay above employee Lump Sum of $ 24860.68 (minus taxes)
Please mail check to:

Return to: (Issuing office complete this information)
Mike Pizeto
EEO COMPLAINT PROCESSING
US POSTAL SERVICE
SPOKANE DISTRICT
707 W MAIN AVENUE STE 302
SPOKANE WA 99201

Employee's Signature and Date
n/A

Adjustment Clerk's Signature and Date

Approving Officer's Signature and Date
[signature] 8-29-03

PS Form 2240, April 2001

EXHIBIT 7
pg 1 of 2

Apr 05 04 08:32a POSTAL 626 6922 p.19

**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640

Received
SEP 22 2003
Human Resources
SPOKANE District

09/18/2003

ANNETTE L BUEHLER
POSTAL OFFICIAL IN CHARGE
MANAGER SPOKANE P&DC
707 W MAIN AVE STE 600
SPOKANE WA 99299-9511

## TYPEWRITER CHECK PAYMENT

**PAYEE NAME:** ANNETTE L BUEHLER
**SSN:** 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

**DATE:** 09/18/2003
**FINANCE NUMBER:** 54-8054
**SCHEDULE NUMBER:** 91471

PAY CALCULATIONS

| | | | |
|---|---|---|---|
| GROSS | 24,860.68 | SOCIAL SECURITY | 1,541.36 |
| ATIP | .00 | RETIRE | .00 |
| ALLOWANCE EIO | .00 | MEDICARE | 360.47 |
| LEP | .00 | FEDERAL TAX | 6,215.17 |
| ALLOWANCE RENT | .00 | HEALTH BENEFITS | .00 |
| SPA | .00 | STATE TAX | .00 |
| ALLOWANCE TOOLA | .00 | CITY TAX | .00 |
| EBE ODOA | .00 | UNION DUES | .00 |
| ALLOWANCE EQUIP-MAINT | .00 | UNION DUES | .00 |
| EBE VEHICLE HIRE | .00 | UNION DUES | .00 |
| EBE SPEC DELIV FEE | .00 | INVOLUNTARY DEDS | .00 |
| EBE SRVU | .00 | LIFE INS | .00 |
| TOTAL | 24,860.68 | BOND | .00 |
| | | CHARITY | .00 |
| | | INSURANCE | .00 |
| | | FSA HEALTH CARE | .00 |
| | | FSA DEPENDENT CARE | .00 |
| | | TSP LOAN | .00 |
| | | TSP | .00 |
| | | TSP 50 | .00 |
| | | ALLOTMENT | 0.00 |
| | | MIL BUY BACK | .00 |
| | | IBOND AMT | .00 |
| | | FLTCIP AMT | .00 |
| | | TOTAL | 8,117.00 |

REASON FOR CHECK: U38370
BACK PAY AWARD - EEOC SETTLEMENT
380-2003-08154
BACKPAY AWARD FOR 18/2003
EMPLOYEE DUE LUMP SUM AWARD OF 24,860.68
LESS ALL APPLICABLE DEDUCTIONS.
MIKE PIZELO,EEO COMPLAINT PROCESSING
707 W MAIN AVENUE STE 600
SPOKANE WA 99299-9431
JBS 20/2003 9636

PREPARED BY PMPR4Y
PROCESSED PAY PERIOD 20
YEAR 2003

| PAYMENT DATE | PAYMENT AMOUNT | CHECK NUMBER |
|---|---|---|
| 09/18/2003 | $****16743.68 | 0101535438 |

Refer inquiries concerning this payment to the Minneapolis Accounting Service Center at the above address, or call (651) 406-1468.
- Separate Along The Perforation -

**UNITED STATES POSTAL SERVICE**

FACE OF THIS DOCUMENT PRINTED IN RED, BLUE & GRAY INKS

L 03106373

Sixteen Thousand Seven Hundred Forty Three and 68/100 Dollars

PAY TO THE ORDER OF ANNETTE L BUEHLER
POSTAL OFFICIAL IN CHARGE
MANAGER SPOKANE P&DC
707 W MAIN AVE STE 600
SPOKANE WA 99299-9511

0101535438 031100267 6301500835 509

21

EXHIBIT 7

MANAGER, HUMAN RESOURCES (DISTRICT)
SPOKANE DISTRICT

UNITED STATES
POSTAL SERVICE

1/7/2004

Ref: BUEHLERA010604.doc

Subject: End of Temporary Detail

ANNETTE BUEHLER
DISTRIBUTION CLERK
U S POSTAL SERVICE
HAYS PARK STATION
SPOKANE WA

Dear Annette:

Per the Settlement Agreement on your EEO complaint, you were provided with a temporary detail to work outside the Processing and Distribution Center at Hays Park Station, the District Office, and working for the Manager, Customer Relations, Bob Hammerstad, during the Christmas period. You will be contacted by Billy Sconyers, Manager, Distribution Operations, concerning the date and time of your return to the Processing and Distribution Center. Since the status of your injury compensation claim has changed, you will be provided with suitable work based on your limitations, if work is available, provided you have met the criteria of Article 13 and have submitted a request for permanent light duty. This request must be in writing and accompanied by supporting medical documentation. If you have current medical limitations in your compensation file, you may submit those as documentation for your light duty request.

If you have any questions regarding this letter, please contact me at 509 626-6810; or you may contact Billy Sconyers at 509 363-6200.

Sincerely,

E. Gay Schroff
Manager

cc: File
Tom Stevens, Manager, Hays Park
Jim Hassler, Injury Compensation Specialist
Pat Buntrock, OHNA, DRAC Coordinator
Mike Pizelo, Manager, Dispute Resolution (file copy)

FAX: 707 WEST MAIN AVE., SUITE 600
SPOKANE WA 99299-9994
509 626-6810
FAX: 509 626-6920

EXHIBIT 2
pg 1 of 1

UNITED STATES
POSTAL SERVICE

January 12, 2004

Annette Buehler
SS#-----8354

This letter is to inform you to report to work at the Spokane P&DC on Friday night, January 23, 2004 at 2000. This is the reporting time for Job # 8817362 your last job of record.

If you have any medical restrictions I will need the request for Light duty, with documentation, submitted prior to 1/23/04 to allow me enough time to investigate work available to you within your restrictions.

If you have any questions please do not hesitate to contact me at 509-363-6200 or 6011.

Thank you

George Sconyers
Sr. MDO
Spokane P&DC

Cc: Mike Holloway Sr. Plant Manager (A)
Gay Schroff, Manager Human Resources
Jo Steiger, MIPS
Earl Eisenrich, MDO
Tom Stevens Manager, Hays Park
Jim Hassler, Injury Compensation Specialist
Pat Buntrock, OHNA Coordinator
Mike Pizelo, Manager, Dispute Resolution (file copy)

EXHIBIT 3
pg 1 of 1