CHRISTINE M. WEAVER, WSBA #20845
CRYSTAL B. SPIELMAN, WSBA #34194
Law Office of Christine M. Weaver, P.S.
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
(509) 924-5181

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
* * *

ANNETTE BUEHLER, an individual,

Plaintiff,

v.

JOHN E. POTTER, Postmaster General, United States Postal Service, a governmental entity

Defendant.

NO. CV 04-488-RHW

STIPULATED MOTION TO DISMISS CERTAIN CAUSES OF ACTION AND TRANSFER CASE TO THE COURT OF FEDERAL CLAIMS PURSUANT TO 28 U.S.C. § 1631

* * *

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned case, through their respective counsel, that Plaintiff will voluntarily dismiss the following causes of action: gender discrimination, hostile work environment, retaliation, disability discrimination, and intentional and negligent infliction of emotional distress. Further, the parties agree that the remaining causes of action, all based on a breach of the settlement agreement, should be transferred by this Court to the Court of Federal Claims pursuant to the Tucker Act, 28 U.S.C. § 1491, and 28 U.S.C. §§ 1346 (a)(2) and 1631.

DATED: March 29, 2006

JAMES A. MCDEVITT
UNITED STATE ATTORNEY

By: s/ Frank A. Wilson
FRANK A. WILSON
Assistant U.S. Attorney
Attorneys for Defendant

LAW OFFICE OF CHRISTINE M. WEAVER, P.S.

By: s/ Christine M. Weaver
CHRISTINE M. WEAVER, WSBA#20845
Attorney for Plaintiff



LAW OFFICE OF CHRISTINE M.WEAVER, P.S.
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
TEL: (509) 924-5181 FAX: (509) 924-3403

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following, and/or I caused to be served a true and correct copy of the foregoing on the following in the manner indicated below:

| | |
|---|---|
| Frank A. Wilson, | XX Electronically |
| United States Attorney | ___ U.S. Mail |
| 300 United States Courthouse | ___ Overnight Mail |
| P.O. Box 1494 | ___ Hand Delivery |
| Spokane, WA 99210-1494 | ___ Facsimile |

s/ Christine M. Weaver

CHRISTINE M. WEAVER



**LAW OFFICE OF CHRISTINE M.WEAVER, P.S.**
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
TEL: (509) 924-5181 FAX: (509) 924-3403