IN THE UNITED STATES COURT OF FEDERAL CLAIMS

* * *

ANNETTE BUEHLER,

v. NO. 06-382 C

THE UNITED STATES Judge Lawrence J. Block

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

* * *

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims (RCFC), Plaintiff, Annette Buehler, respectfully requests a 30 day enlargement of time, through and including January 31, 2007, within which to file her response to the Defendant's Motion to Dismiss. Her response is currently due January 1, 2007. This is Plaintiff's first request for an enlargement of time for this purpose. Plaintiff's counsel has corresponded with Defense counsel and Defense counsel will not be objecting to this request.

The enlargement is requested for two reasons. First, the current deadline for Plaintiff's response is New Year's Day making the actual due date January 2, 2007. The various holidays immediately preceding the due date will lessen the amount of time for Plaintiff to file her response. Second, Plaintiff's counsel will be undergoing knee surgery on December 15, 2006, that will require her to be away from her office through January 1, 2007. Combined, these two situations will make it extremely difficult for Plaintiff and her counsel to file the response to Defendant's Motion to Dismiss.



**LAW OFFICE OF CHRISTINE M.WEAVER, P.S.**
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
TEL: (509) 924-5181 FAX: (509) 924-3403

For these reasons, Plaintiff respectfully requests that the Court grant this Motion for Enlargement of Time.

DATED: December 7, 2006.

LAW OFFICE OF CHRISTINE M. WEAVER, P.S.

By: s/ Christine M. Weaver

CHRISTINE M. WEAVER
Attorney for Plaintiff
Law Office of Christine M. Weaver, P.S.
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
(509) 924-5181



**LAW OFFICE OF CHRISTINE M.WEAVER, P.S.**
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
TEL: (509) 924-5181 FAX: (509) 924-3403

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following, and/or I caused to be served a true and correct copy of the foregoing on the following in the manner indicated below:

Claudia Burke
Department of Justice
Civil Division
1100 L St. N.W. Room 11058
Washington, D.C. 20530

XX Electronically
___ U.S. Mail
___ Overnight Mail
___ Hand Delivery
___ Facsimile

s/ Christine M. Weaver
CHRISTINE M. WEAVER

X:\04-1009\PLDG\COURT OF FEDERAL CLAIMS\ENLARGE-TIME.WPD



**LAW OFFICE OF CHRISTINE M.WEAVER, P.S.**
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
TEL: (509) 924-5181 FAX: (509) 924-3403