CHRISTINE M. WEAVER
Law Office of Christine M. Weaver, P.S.
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
(509) 924-5181
(509) 924-3403 - fax

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

* * *

| | |
|---|---|
| ANNETTE BUEHLER, | |
| v. | NO. 06-382 C |
| THE UNITED STATES | Judge Lawrence J. Block |

**AFFIDAVIT OF ANNETTE BUEHLER**

I, Annetter Buehler, having be first duly sworn on oath, deposes and says:

1. I am over the age of 18 and competent to testify to the matter asserted herein. I have personal knowledge of all matters asserted herein.
2. The USPS never formally assigned me to a detail which required a form 1723 to be filled out. I was sent to two separate location from September 2003 to January 2004 but never with the appropriate paperwork.
3. In January 2004, the USPS, my employer, sent me back to my old position which violated my doctor's orders based upon my limitations. Since that time, I have lost significant wages well in excess of $10,000 because I cannot exceed my limitations as demanded by USPS.
4. When the USPS failed to pay for medical bills within the 30 day time period set forth in the Settlement Agreement, it cost me by way of money and credit score. The government had the use of my money for 5 ½ months.



LAW OFFICE OF CHRISTINE M.WEAVER, P.S.
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
TEL: (509) 924-5181 FAX: (509) 924-3403

5. USPS's failure to compensate me for the night differential, credit for time in service rights towards retirement and sick and annual leave to which I was entitled since it was part of my normal pay has cost me significant sums as well.

6. The breach of the Settlement Agreement by the USPS has greatly affected me mentally since I have been unable to work since January 2004 as a result. I have been diagnosed with post traumatic stress, panic attacks, adjustment disorder and anxiety disorders because of this situation caused by the USPS.

ANNETTE BUEHLER

SUBSCRIBED AND SWORN before me this 29th day of January, 2007.

JUSTIN J. WHITTEKIEND NOTARY PUBLIC STATE OF WASHINGTON COMMISSION EXPIRES 08-27-07

Notary Public in and for the State of Washington, residing at Spokane Valley
My Commission expires: 8/27/07

X:\04-1009\Pldg\Court of Federal Claims\BUEHLER-AFF.wpd



LAW OFFICE OF CHRISTINE M.WEAVER, P.S.
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
TEL: (509) 924-5181 FAX: (509) 924-3403

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following, and/or I caused to be served a true and correct copy of the foregoing on the following in the manner indicated below:

| | | |
|---|---|---|
| Claudia Burke | XX | Electronically |
| Department of Justice | ______ | U.S. Mail |
| Civil Division | ______ | Overnight Mail |
| 1100 L St. N.W. Room 11058 | ______ | Hand Delivery |
| Washington, D.C. 20530 | ______ | Facsimile |

s/ Christine M. Weaver
CHRISTINE M. WEAVER



**LAW OFFICE OF CHRISTINE M.WEAVER, P.S.**
9011 E. Valleyway Ave.
Spokane Valley, WA 99212
TEL: (509) 924-5181 FAX: (509) 924-3403